


October 6, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

**Michael C. Schmidt**
Member
Direct Phone  212-453-3937
Direct Fax    866-736-3682
mschmidt@cozen.com

      Re:  **Performance Food Group, Inc. v. OTG Management LLC**
            <u>Case No. 20-CV-07028 (VEC)</u>

Dear Judge Caproni:

    We hope you and your family have remained well during this challenging year. We have just been retained to represent the Defendant OTG Management in this action, and have been forwarded a copy of Your Honor's Notice of Initial Pre-Trial Conference (D.E. 4). We respectfully submit this letter, with the consent of Plaintiff, to request a brief adjournment of the initial pre-trial conference scheduled for October 16th, and the corresponding joint letter submission deadline of this Thursday, October 8th.

    We are in the process of reviewing Plaintiff's allegations and the nature of the significant monies claimed to be owed by Plaintiff, with the hope that we might be in a position to address these issues informally with Plaintiff shortly after I have had an opportunity to discuss them with my client. Thus, we respectfully request an adjournment of the current deadlines as follows:

1. Plaintiff's counsel has consented to an extension of time for Defendant to respond to the complaint to <u>November 3, 2020</u>, subject as well to Your Honor's approval. For that reason, we would like to request an adjournment of the initial pre-trial conference to a date after that deadline.

2. The initial pre-trial conference is currently scheduled for October 16, 2020.

3. This is the first request for an adjournment of the initial pre-trial conference.

4. As noted above, Plaintiff's counsel consents to this request.

5. After consulting with Plaintiff's counsel, both sides would be available for a pre-trial conference on November 6th, November 9th, November 10th, and November 12th (afternoon only on the 12th) if any of those dates work for the Court. We would also then request a corresponding new date for the submission of the parties' joint letter.

LEGAL\48712145\1

277 Park Avenue New York, NY 10172
212.883.4900   888.864.3013   212.986.0604 Fax   cozen.com

Honorable Valerie E. Caproni
October 6, 2020
Page 2

_____

Thank you very much for your attention and consideration.

Respectfully yours,

COZEN O'CONNOR

By:    Michael C. Schmidt

cc:    Counsel of Record (via ECF)

> Application GRANTED. Defendant must respond to the complaint by **November 3, 2020.** The initial pretrial conference currently scheduled for October 16, 2020 is adjourned to **November 6, 2020 at 10:30 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 7028. The parties' joint submissions are due by **October 29, 2020.**

SO ORDERED.

10/6/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

LEGAL\48712145\1