

Marianna Udem, Esq.
Direct Line 347 534 0836 | Mobile 201 563 4888 | mudem@askllp.com
151 West 46th Street, Fourth Floor | New York, NY | 10036
phone 212 267 7342 | fax 212 918 3427 | www.askllp.com

October 28, 2020

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

Re:   <u>Performance Food Group, Inc. v. OTG Management LLC
      Case No. 20-CV-07028 (VEC)</u>

Dear Judge Caproni:

    This firm is counsel to Plaintiff, Performance Food Group, Inc. We respectfully submit this letter, together with Defendant, OTG Management LLC, to request a brief adjournment of the initial pre-trial conference scheduled for November 6th, and the corresponding joint letter submission deadline of this Thursday, October 29th.

    Your Honor previously granted a short adjournment of the initial pre-trial conference at the request of recently retained counsel to Defendant to enable Defendant to review the allegations and allow the parties an opportunity to attempt to address the issues informally. Since that time, the parties have commenced settlement discussions and are seeking another brief adjournment to determine whether a consensual resolution of this litigation may be reached. To that end, subject to Your Honor's approval, Plaintiff would propose to extend Defendant's deadline to respond to the complaint through November 17, 2020. We would further seek an approximately two-week adjournment of the November 6, 2020 initial pre-trial conference and October 29, 2020 joint letter submission deadline.

    After consulting with Defendant's counsel, both sides would be available for a pre-trial conference on November 20th (any time except between 12:30-2:30 p.m. ET), November 23th, and November 24th if any of those dates work for the Court. We would also then request a corresponding new date for the submission of the parties' joint letter.

    Thank you very much for your attention and consideration.

Respectfully submitted,

*/s/ Marianna Udem*

Marianna Udem

ask | ATTORNEYS AT LAW

Honorable Valerie E. Caproni
October 28, 2020
Page 2

cc: Counsel of Record (via ECF)

> Application GRANTED. Defendant's time to respond to the complaint is extended to **November 17, 2020.** The initial pretrial conference currently scheduled for November 6, 2020 is adjourned to **November 20, 2020 at 10:00 a.m.** The parties' joint letter is due by **November 12, 2020.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 7028.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

10/28/2020