

Marianna Udem, Esq.
Direct Line 347 534 0836 | Mobile 201 563 4888 | mudem@askllp.com
151 West 46th Street, Fourth Floor | New York, NY | 10036
phone 212 267 7342 | fax 212 918 3427 | www.askllp.com

November 11, 2020

**MEMO ENDORSED**

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2020
```

Re:   **Performance Food Group, Inc. v. OTG Management LLC**
      **Case No. 20-CV-07028 (VEC)**

Dear Judge Caproni:

  This firm is counsel to Plaintiff, Performance Food Group, Inc. We respectfully submit this letter, together with Defendant, OTG Management LLC, to request a further brief adjournment of the initial pre-trial conference scheduled for November 20th, and the corresponding joint letter submission deadline of this Thursday, November 12th.

  Your Honor previously granted two short adjournments of the initial pre-trial conference at the parties' request to enable Defendant to review the allegations and allow the parties an opportunity to commence settlement discussions. Since that time, the parties have exchanged settlement proposals, including monetary and non-monetary terms, and require additional time to discuss the proposals internally and continue to attempt to reach a consensual resolution. To that end, subject to Your Honor's approval, Plaintiff would propose to extend Defendant's deadline to respond to the complaint through December 8, 2020. We would further seek another brief adjournment of the November 20, 2020 initial pre-trial conference and November 12, 2020 joint letter submission deadline.

  After consulting with Defendant's counsel, both sides would be available for a pre-trial conference December 10th, 11th or 14th if any of those dates work for the Court. We would also then request a corresponding new date for the submission of the parties' joint letter.

  Thank you very much for your attention and consideration.

          Respectfully submitted,

         */s/ Marianna Udem*

         Marianna Udem

St. Paul Office | 2600 Eagan Woods Drive, Suite 400 | St. Paul, Minnesota 55121 | 651.406.9665 | fax 651.406.9676
est. 1983

**ask** | ATTORNEYS AT LAW

Honorable Valerie E. Caproni
November 11, 2020
Page 2

cc:   Counsel of Record (via ECF)

> Application GRANTED. Defendant's deadline to respond to the complaint is extended to **December 8, 2020.** An initial pretrial conference will be held on **December 11, 2020 at 12:00 p.m.** The parties' joint letter is due by **December 3, 2020.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 7028.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

11/11/2020