**MEMO ENDORSED**



December 3, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020
```

**Michael C. Schmidt**
Member
Direct Phone  212-453-3937
Direct Fax      866-736-3682
mschmidt@cozen.com

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **Performance Food Group, Inc. v. OTG Management LLC**
              **Case No. 20-CV-07028 (VEC)**

Dear Judge Caproni:

      We hope you and your family have continued to be well. We represent the Defendant in the above-referenced matter and respectfully write on behalf of both sides, and specifically for an additional brief adjournment of today's deadline to submit a joint letter and of the initial pre-trial conference scheduled for December 11, 2020. The parties had jointly requested three brief prior adjournments in light of discussions aimed at trying to resolve this litigation. The parties have continued to work amicably and have exchanged additional proposals with the hope that further discussions over the next week or two can be productive without the need to incur additional fees with litigation.

      The parties jointly request an additional adjournment to continue the discussions. Subject of course to Your Honor's approval, we would propose to extend the deadline for Defendant to respond to the complaint through December 18, 2020, and also seek an adjournment of the December 11th initial conference (and corresponding joint letter submission deadline). In the event a resolution cannot be reached, both sides would be available for an initial conference on December 21st, 22nd, or 23rd, or January 6th, 7th, or 8th.

      Thank you very much for your consideration.

                                  Respectfully yours,

                                  COZEN O'CONNOR

                                  By:    Michael C. Schmidt

cc:    Counsel of Record (via ECF)

LEGAL\49915853\1

Application GRANTED. Defendant's deadline to respond to the complaint is extended to **December 18, 2020.**  The initial pretrial conference is adjourned to **January 8, 2021 at 10:30 a.m.**  The parties' joint letter is due by **December 31, 2020.**  The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 7028.  No further extensions will be granted.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

12/3/2020